#129202
#732797

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

2011 JAN 13 PM 4: 13

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:                          *          CASE # 07-34795 W
                                           CHAPTER 13
                                *
Goehring, James B.
Debtor                          *

TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1.  No response from the creditor – checks are stale dated.

2.  The balance of funds for the creditor in the amount of **$131.84** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 723113 | General Audit Corp P O Box 1568 Lima, OH  45802-1568 | 131.84 | 11/24/10 |

3.  Your trustee's check # 732797 in the amount of $ 131.84 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 12/28/10

_____
John P. Gustafson
Trustee in Bankruptcy